PROB 12C
(7/93)

Report Date: September 28, 2012

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 28 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Matthew Gatwech Wuol            Case Number: 2:11CR06081-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 3/14/2007

Original Offense:       Felon Receiving Ammunition, 18 U.S.C. § 922(g)(1) and (24(a)(2)

Original Sentence:      Prison - 46 Months;              Type of Supervision: Supervised Release
                        TSR - 36 Months

Asst. U.S. Attorney:    To be determined                 Date Supervision Commenced: 5/20/2010

Defense Attorney:       To be determined                 Date Supervision Expires: 5/19/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Matthew Wuol is considered in violation of his term of supervised release as he was arrested on July 21, 2012 for disorderly conduct in Benton County, Washington.

According to the Kennewick Police Department incident report, at about 0125 hours officers were conducting extra patrols outside of a local bar when they heard a group of people yelling. Officers observed two males, one later identified as the defendant, chasing another male. Officers stopped the chase and instructed the three males to sit down on the curb. The male being chased did as instructed, but the defendant and the other male did not. Both males were handcuffed, at which time they became verbally abusive and uncooperative. The victim and a witness advised officers that the defendant and the other male were verbally abusive to them while they were near the hot dog vendor in the parking lot. The defendant and the other male were charged with disorderly conduct and transported to the county jail.

Prob12C
Re: Wuol, Matthew Gatwech
September 28, 2012
Page 2

The defendant has Benton County District Court case K12Y54851, disorderly conduct, pending. He failed to appear for a hearing on September 12, 2012. A warrant was issued, which is active at this time.

2   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Matthew Wuol is considered in violation of his term of supervised release as he was charged with bail jumping, on or about September 12, 2012, in Benton County, Washington.

Mr. Wuol had posted a $250 appearance bail on July 23, 2012, in the aforementioned case noted in violation 1. The defendant was scheduled to appear for a pretrial hearing on September 12, 2012, and failed to appear. His bail was forfeited and he was charged with bail jumping in Benton County District Court case K12Y00268. A warrant was issued, which is active at this time.

3   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Matthew Wuol is considered in violation of his term of supervised release, as he failed to report for drug testing as required on August 10, 2012; September 11, 2012; and September 25, 2012.

Mr. Wuol was placed on a color-line phase testing with First Step Community Counseling Services. He was required to call the color line Monday through Saturday and report for drug testing when the color gold was listed. The defendant was required to report for a drug test on the aforementioned dates, and failed to do so. He did not contact this officer with an explanation for his nonappearance.

**Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Matthew Wuol is considered in violation of his term of supervised release, as he failed to report to U.S. Probation as directed in September 2012.

Mr. Wuol was instructed to report to the U.S. Probation Office for his monthly reporting within the first 5 days of each month. The defendant failed to report as required. He called this officer on September 7, 2012, and left a voice mail in which he apologized for not reporting, stating he forgot but would report in that following Monday or Tuesday. The defendant failed to report as indicated.

This officer mailed the defendant a letter on September 20, 2012 instructing him to report to the probation office in person on or before September 27, 2012, and he has failed to comply and has not contacted this officer.

Prob12C
Re: Wuol, Matthew Gatwech
September 28, 2012
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/28/2012

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/28/12
Date